IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. SCHOEN,

    Plaintiff,

v.

HEALTH MANAGEMENT
ASSOCIATES, INC.,

    Defendant.

Case No. 2:14-cv-411-JES-CM

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW the Plaintiff, **WILLIAM J. SCHOEN**, ("Plaintiff" or "Schoen") and hereby requests that this Court grant the Plaintiff leave to file a sur-reply to the Defendant's Reply in Support of its Motion to Dismiss Plaintiff's Amended Complaint to the Motion to Dismiss filed by Defendant **HEALTH MANAGEMENT ASSOCIATES, INC.**, a Delaware corporation, ("HMA" or "Defendant") and states the following:

1)     On August 22, 2014, the Plaintiff filed a First Amended Complaint in this case

2)     On August 29, 2014 the Defendant filed an Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint and to Establish a Briefing Schedule, whereby the Court ordered: a) the time for the Defendant's to file a responsive pleading to the First Amended Complaint was extended from September 8, 2014 to September 22, 2014; b) Plaintiff's deadline for a response would be 20 days after service of the Defendant's motion to

dismiss; and c) leave for the Defendant to file a reply 10 days after service of the Plaintiff's response, if necessary.

3) The parties have followed the briefing schedule set by the Court, whereby the Defendant filed its Motion to Dismiss the First Amended Complaint on September 22, 2014, the Plaintiff filed his response on October 13, 2014, and the Defendant's filed a reply brief on October 22, 2014 ("Reply").

4) Based on the complex legal issues raised by this matter and the issues raised in the Defendant's reply brief, the Plaintiff seeks leave from the Court under Rule 3.01 (c) to file a limited sur-reply by November 7, 2014, not to exceed seven (7) pages.

5) In its Reply, the Defendant erroneously mischaracterizes the facts alleged by Plaintiff and thus Plaintiff's positions, and misapplies the law to these inaccurate positions. More significantly, the Reply raises new issues not addressed in the previous briefs to which Plaintiff should have the opportunity to answer.

6) The Plaintiff should be afforded an equal opportunity to fully brief all issues now raised before the Court to clarify his position. The granting of this motion will not unduly delay this matter or prejudice to either party.

WHEREFORE, Plaintiff respectfully requests this Court to enter an order granting the Plaintiff leave to file a sur-reply by November 7, 2014, not to exceed seven (7) pages, and granting all other relief deemed appropriate.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court, Middle District of Florida, the undersigned has conferred with counsel for Defendant HMA in good faith and the parties have not agreed to a resolution of this motion.

        /s/ Thomas B. Garlick
        Thomas B. Garlick, Esq.
        Florida Bar #324760
        tomgarlick@garlaw.com
        Trial Counsel

        Shaun M. Garry, Esq.
        Florida Bar #93412
        sgarry@garlaw.com

        Attorneys for Plaintiff,
        WILLIAM J. SCHOEN
        Garlick, Hilfiker, & Swift, LLP
        9115 Corsea del Fontana Way,
        Suite 100
        Naples, Florida 34109
        (239) 597-7088 – telephone
        (239) 597-6984 - fax

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to:

Andrew B. Thomson, Esq.
Proskauer Rose LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
athomson@proskauer.com

Peter D. Doyle, Esq.
Proskauer Rose LLP
11 Times Square
New York, New York 10036
pdoyle@proskauer.com

/s/ Thomas B. Garlick
Thomas B. Garlick, Esq.
Florida Bar #324760
tomgarlick@garlaw.com
Shaun M. Garry, Esq.
Florida Bar #93412
sgarry@garlaw.com
Attorneys for Plaintiff,
WILLIAM J. SCHOEN
Garlick, Hilfiker, & Swift, LLP
9115 Corsea del Fontana Way,
Suite 100
Naples, Florida 34109
(239) 597-7088 – telephone
(239) 597-6984 - fax