## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

WILLIAM J. SCHOEN,

       Plaintiff,

v.                              Case No:  2:14-cv-411-FtM-29CM

HEALTH MANAGEMENT
ASSOCIATES, INC.,

       Defendant.

_____

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Sur-reply to Defendant's Reply in Support of its Motion to Dismiss Plaintiff's Amended Complaint.   Doc. 30. Although Plaintiff represents that Defendant opposes the motion (Doc. 30 at 3), Defendant has not filed a response; and the time to do so has expired.   Plaintiff request leave to file a surreply to address new issues by Defendant in its reply. The Court finds good cause to allow a surreply.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    Plaintiff's Motion for Leave to File Sur-reply to Defendant's Reply in Support of its Motion to Dismiss Plaintiff's Amended Complaint (Doc. 30) is **GRANTED**.

2.    Plaintiff shall have up to and including **November 25, 2014** to file a surreply not to exceed 7 pages.

**DONE** and **ORDERED** in Fort Myers, Florida on this 18th day of November, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record