UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. SCHOEN,

      Plaintiff,

v.                                  Case No: 2:14-cv-411-FtM-29CM

HEALTH             MANAGEMENT
ASSOCIATES, INC., a Delaware
corporation,

      Defendant.

_____

**ORDER**

This matter comes before the Court on review of the file.  On August 22, 2014, plaintiff filed a First Amended Complaint (Doc. #20).  As this is now the operative pleading in the case, defendant's Motion to Dismiss (Doc. #11) will be denied as moot.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Dismiss (Doc. #11) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of November, 2014.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: Counsel of record