UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 14-CV-00411-JES-CM

WILLIAM J. SCHOEN,

       Plaintiff,

vs.

HEALTH MANAGEMENT ASSOCIATES, INC.,

       Defendant.

## NOTICE OF SELECTION OF MEDIATOR

In accordance with this Court's Order (D.E. 34), the parties have conferred and agreed upon the selection of James Nulman of Nulman Mediation Services, Inc. as the mediator in this matter.

Date: January 7, 2015.

Respectfully submitted,

**PROSKAUER ROSE LLP**
*Counsel for Health Management Associates, Inc.*
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone:  (561) 241-7400
Facsimile:   (561) 241-7145

*/s/ Andrew Thomson*
Andrew B. Thomson
Florida Bar No. 057672
athomson@proskauer.com
-and-
Peter D. Doyle
(admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the below counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**Thomas B. Garlick, Esq.**
**Shaun M. Garry, Esq.**
GARLICK, HILFIKER & SWIFT LLP
9115 Corsea del Fontana Way, Suite 100
Naples, Florida 34109
Telephone: (239) 597-7088
tomgarlick@garlaw.com
sgarry@garlaw.com
*Counsel for Plaintiff*

                                                 */s/ Andrew Thomson*
                                                    Andrew B. Thomson