IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. SCHOEN,

    Plaintiff,

v.

HEALTH MANAGEMENT
ASSOCIATES, INC.,

    Defendant.

Case No. 2:14-cv-411-JES-CM

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and M.D. Fla. R. 3.05(c), Plaintiff, WILLIAM J. SCHOEN, ("Schoen"), by and through his undersigned counsel, moves this Court for an order amending the case management and scheduling order with respect to the Expert Disclosure dates. In support of this motion, Plaintiff states:

1. On August 22, 2014, the Plaintiff filed his first Amended Complaint and in response on September 22, 2014, Defendant HMA filed a Motion to Dismiss the First Amended Complaint, specifically seeking dismissal of all counts against HMA.

2. On October 13, 2014, the Plaintiff filed his Opposition to the Defendant's Motion to Dismiss the First Amended Complaint.

3. On October 23, 2014, the Defendant filed its Reply to the Plaintiff's Opposition to the Defendants Motion to Dismiss the First Amended Complaint, and on November 25, 2015 the Plaintiff filed its Sur-Reply.

4. On or about December 24, 2014, this Court entered a case management and

scheduling Order, whereby it set forth certain discovery dates, which included expert report dates. The Plaintiff's expert disclosure date is May 8, 2015 and the Defendant's expert disclosure date is June 5, 2015, with a discovery deadline of August 6, 2015.

5. The parties await this Court's ruling on the Motion to Dismiss the First Amended Complaint.

6. In the interest of judicial economy and efficiency, and avoid any unnecessary expenses, the Plaintiff requests that this Court extend the deadline for expert reports to be made available until June 12, 2015 for the Plaintiff and July 12, 2015 for the Defendant.

7. The parties have not previously sought an extension related to any discovery deadlines and the moving of this discovery deadline will not prejudice either party.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Defendant who has no objection to the requested extension.

## MEMORANDUM OF LAW IN SUPPORT

Because good cause has been shown for the extension of time requested herein and the Defendant does not oppose the request, the time for Plaintiff to disclose its expert's report should be extended until June 12, 2015 and the Defendant's be extended under July 12, 2015.

Dated at Naples, Florida, on this 11th day of May, 2015.

/s/ Thomas B. Garlick
Thomas B. Garlick, Esq.
Florida Bar #324760
tomgarlick@garlaw.com
Trial Counsel

Shaun M. Garry, Esq.
Florida Bar #93412
sgarry@garlaw.com

-3-

        Attorneys for Plaintiff,
        WILLIAM J. SCHOEN
        Garlick, Hilfiker, & Swift, LLP
        9115 Corsea del Fontana Way,
        Suite 100
        Naples, Florida 34109
        (239) 597-7088 – telephone
        (239) 597-6984 - fax

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to:

Andrew B. Thomson, Esq.
Proskauer Rose LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
athomson@proskauer.com

Peter D. Doyle, Esq.
Proskauer Rose LLP
11 Times Square
New York, New York 10036
pdoyle@proskauer.com

/s/ Thomas B. Garlick
Thomas B. Garlick, Esq.
Florida Bar #324760
tomgarlick@garlaw.com
Shaun M. Garry, Esq.
Florida Bar #93412
sgarry@garlaw.com
Attorneys for Plaintiff,
WILLIAM J. SCHOEN
Garlick, Hilfiker, & Swift, LLP
9115 Corsea del Fontana Way,
Suite 100
Naples, Florida 34109
(239) 597-7088 – telephone
(239) 597-6984 - fax