UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. SCHOEN,

    Plaintiff,

v.                                  Case No: 2:14-cv-411-FtM-29CM

HEALTH MANAGEMENT
ASSOCIATES, INC.,

    Defendant.

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend the Case Management and Scheduling Order (Doc. 38), filed on June 12, 2015. This case currently is set for the January 2016 trial term. The parties request an extension of all of the deadlines in the Case Management and Scheduling Order (Doc. 34), including the trial date. As grounds, the parties state that additional time is needed because the parties are awaiting the Court's ruling of Defendant's Motion to Dismiss (Doc. 27), and Defendant has not filed an answer and affirmative defenses. Typically a pending motion to dismiss is not good cause for an extension as it creates no special burden on the parties or the Court and it advances the public interest. *See American Registry, LLC v. Hanaw*, 2014 WL 1478788 (M.D. Fla. 2014). Nevertheless, upon balancing the parties' interest in potentially avoiding any undue burden and expense of discovery with the goals of expedient and just resolution of cases expressed by the Federal Rules of Civil Procedure and the Middle District of Florida Local Rules, the

Court will grant an extension of all deadlines in this case. Fed.R.Civ.P. 1; M.D.Fla. R. 1.01(b); M.D.Fla. R. 3.05(c)(2)(E).

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Amend the Case Management and Scheduling Order (Doc. 38) is **GRANTED**.

2. An Amended Case Management and Scheduling Order will be entered under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of June, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record