UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. SCHOEN,

    Plaintiff,

v.                      Case No:   2:14-cv-411-FtM-29CM

HEALTH MANAGEMENT
ASSOCIATES, INC.,

    Defendant.

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to the Court's Order (Doc. 39), the Court enters this Amended Case Management and Scheduling order:

| | | |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff:<br>Defendant:<br>Rebuttal: | November 20, 2015<br>December 18, 2015 |
| Discovery Deadline | | January 29, 2016 |
| Mediation | Deadline:<br>Mediator:<br>Address:<br><br>Telephone: | February 5, 2016 |
| IF NO MEDIATOR IS DESIGNATED HEREIN:<br><br>The parties shall file a stipulation selecting a mediator within fourteen (14) days of the date of this Order. | | |
| Dispositive Motions, Daubert, and Markman Motions | | February 26, 2016 |
| Meeting In Person to Prepare Joint Final Pretrial Statement | | April 1, 2016 |

| | |
|---|---|
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form (a Word or WordPerfect version should also be e-mailed to the Chambers e-mail address), Voir Dire Questions, Witnesses Lists, and Exhibit Lists on Approved Form) | April 25, 2016 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | April 25, 2016 |
| Final Pretrial Conference         Date: Time: Judge: | May 23, 2016 9:00 AM Honorable John E. Steele |
| Trial Term Begins | June 6, 2016 |
| Estimated Length of Trial | 7 days |
| Jury/Non Jury | Jury |

All directives set forth in the Case Management and Scheduling Order (Doc. 34) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of June, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record