**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
FORT MYERS DIVISION

CASE NO. 14-CV-00411-JES-CM

WILLIAM J. SCHOEN,

        Plaintiff,

vs.

HEALTH MANAGEMENT ASSOCIATES, INC.,

        Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant HEALTH MANAGEMENT ASSOCIATES, INC. ("HMAI") moves for an extension of time to respond to Plaintiff's amended complaint and, in support, states as follows:

1. On August 25, 2015, this Court entered an order on HMAI's motion to dismiss Plaintiff's amended complaint. Under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, HMAI's responsive pleading is due to be filed on September 8, 2015.

2. Given the upcoming Labor Day holiday (September 7) and existing deadlines in other cases, undersigned counsel requests an extension of time to respond to Plaintiff's amended complaint such that HMAI's responsive pleading would be due on September 24, 2015.

3. Plaintiff has agreed to this extension.

WHEREFORE, Defendant HMAI respectfully requests this Court to enter an order granting HMAI an extension of time to file its responsive pleading and granting all other relief deemed appropriate.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court, Middle District of Florida, the undersigned has conferred with counsel for Plaintiff and is authorized to represent that Plaintiff does not oppose the entry of an order granting this motion.

Date: September 1, 2015.

Respectfully submitted,

**PROSKAUER ROSE LLP**
*Counsel for Health Management Associates, Inc.*
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone:   (561) 241-7400
Facsimile:    (561) 241-7145

*/s/ Andrew Thomson*
Andrew B. Thomson
Florida Bar No. 057672
athomson@proskauer.com

-and-

Peter D. Doyle
(admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 1, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the below counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**Thomas B. Garlick, Esq.**
**Shaun M. Garry, Esq.**
GARLICK, HILFIKER & SWIFT LLP
9115 Corsea del Fontana Way, Suite 100
Naples, Florida 34109
Telephone: (239) 597-7088
tomgarlick@garlaw.com
sgarry@garlaw.com
*Counsel for Plaintiff*

                                                          */s/ Andrew Thomson*
                                                          Andrew B. Thomson