IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. SCHOEN,

        Plaintiff,

    v.                                   Case No. 2:14-cv-411-JES-CM

HEALTH MANAGEMENT
ASSOCIATES, INC.,

        Defendant.

## NOTICE OF MEDIATION

To:    Peter D. Doyle, Esq.
       Proskauer Rose LLP
       11 Times Square
       New York, New York 10036
       pdoyle@proskauer.com

       Andrew B. Thomson, Esq.
       Proskauer Rose LLP
       2255 Glades Road, Suite 421 Atrium
       Boca Raton, Florida 33431
       athomson@proskauer.com

       **PLEASE TAKE NOTICE** that a mediation conference has been scheduled before James

L. Nulman, Mediator, at Ave Maria School of Law, 1025 Commons Circle, Naples, Florida

34119, Room TBD, on **Tuesday**, **October 13, 2015 beginning at 9:00 a.m**.

       **TIME RESERVED:  All Day.**

                               **GARLICK, HILFIKER & SWIFT, LLP**

                               /s/ Thomas B. Garlick
                               Thomas B. Garlick, Esq.
                               Florida Bar #324760
                               tomgarlick@garlaw.com
                               Trial Counsel

Shaun M. Garry, Esq.
Florida Bar #93412
sgarry@garlaw.com
Attorneys for Plaintiff,
William J. Schoen
Garlick, Hilfiker, & Swift, LLP
9115 Corsea del Fontana Way,
Suite 100
Naples, Florida 34109
(239) 597-7088 – telephone
(239) 597-6984 - fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mediation has been furnished by E-Mail to James L. Nulman, Mediator (jim@nulmanmediation.com) as well as the above-named addresses this 6th day of October, 2015.

**GARLICK, HILFIKER & SWIFT, LLP**

By:/s/ Thomas B. Garlick
Thomas B. Garlick, Esq.
Florida Bar #324760
tomgarlick@garlaw.com
Shaun M. Garry, Esq.
Florida Bar #93412
sgarry@garlaw.com
Attorneys for Plaintiff,
WILLIAM J. SCHOEN
Garlick, Hilfiker, & Swift, LLP
9115 Corsea del Fontana Way,
Suite 100
Naples, Florida 34109
(239) 597-7088 – telephone
(239) 597-6984 - fax