IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| WILLIAM J. SCHOEN, <br><br> Plaintiff, <br><br> v. <br><br> HEALTH MANAGEMENT ASSOCIATES, INC., <br><br> Defendant. | Case No. 2:14-cv-411-JES-CM |

## AMENDED NOTICE OF MEDIATION

To:  Peter D. Doyle, Esq.
Proskauer Rose LLP
11 Times Square
New York, New York 10036
pdoyle@proskauer.com

Andrew B. Thomson, Esq.
Proskauer Rose LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
athomson@proskauer.com

**PLEASE TAKE NOTICE** that a mediation conference has been scheduled before James L. Nulman, Mediator, at Ave Maria School of Law, 1025 Commons Circle, Naples, Florida 34119, Room TBD, on **Tuesday**, **October 13, 2015 beginning at 10:00 a.m**.

**TIME RESERVED:  All Day.**

**GARLICK, HILFIKER & SWIFT, LLP**

/s/ Thomas B. Garlick
Thomas B. Garlick, Esq.
Florida Bar #324760
tomgarlick@garlaw.com
Trial Counsel

        Shaun M. Garry, Esq.
        Florida Bar #93412
        sgarry@garlaw.com
        Attorneys for Plaintiff,
        William J. Schoen
        Garlick, Hilfiker, & Swift, LLP
        9115 Corsea del Fontana Way,
        Suite 100
        Naples, Florida 34109
        (239) 597-7088 – telephone
        (239) 597-6984 - fax

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Amended Notice of Mediation has been furnished by E-Mail to James L. Nulman, Mediator (jim@nulmanmediation.com) as well as the above-named addresses this 8th day of October, 2015.

        **GARLICK, HILFIKER & SWIFT, LLP**

        By:/s/ Thomas B. Garlick
        Thomas B. Garlick, Esq.
        Florida Bar #324760
        tomgarlick@garlaw.com
        Shaun M. Garry, Esq.
        Florida Bar #93412
        sgarry@garlaw.com
        Attorneys for Plaintiff,
        WILLIAM J. SCHOEN
        Garlick, Hilfiker, & Swift, LLP
        9115 Corsea del Fontana Way,
        Suite 100
        Naples, Florida 34109
        (239) 597-7088 – telephone
        (239) 597-6984 - fax