In The United States District
Court for the Middle District
of Florida – Fort Myers Division

Case No. 2:14-cv-411

William J. Schoen,
Plaintiff,

vs.

Health Management Associates, Inc.,
Defendant.

_____/

## MEDIATOR'S REPORT

In accordance with the Court's order requiring that this matter be mediated, a mediation conference was held on October 13, 2015, and the results of that conference are indicated below:

_____      The parties reached an agreement.

_____      The mediation was continued and will be rescheduled.

\_\_X\_\_      No agreement was reached.

Done this 13th day of October, 2015, in Fort Myers, Florida.

Nulman Mediation Services, Inc.
15880 Summerlin Rd.
Ste. 300 – PMB 146
Fort Myers, FL 33908
239.433.3539
239.433.0067 (fax)
jim@nulmanmediation.com

By: /s/ James L. Nulman_____
James L. Nulman, Mediator

Copies to:
All counsel of
record via CM/ECF