## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

### CASE NO. 14-CV-00411-JES-CM

WILLIAM J. SCHOEN,

        Plaintiff,

vs.

HEALTH MANAGEMENT ASSOCIATES,
INC.,

        Defendant.

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant HEALTH MANAGEMENT ASSOCIATES, INC. ("HMAI") moves for an extension of time to respond to Plaintiff's amended complaint and, in support, states as follows:

1.      On August 25, 2015, this Court entered an order on HMAI's motion to dismiss Plaintiff's amended complaint, meaning that HMAI's responsive pleading was due to be filed on September 8, 2015.

2.      To allow the parties to discuss potential settlement, this Court granted HMAI extensions of time through October 20, 2015, to file its responsive pleading.

3.      The parties conducted mediation on October 13, 2015, and the parties continue to engage in settlement discussions.  As a result, HMAI requests an extension of time through November 2, 2015, to file its responsive pleading.

4.      Plaintiff has agreed to this extension.

WHEREFORE, Defendant HMAI respectfully requests this Court to enter an order granting HMAI an extension of time to file its responsive pleading and granting all other relief deemed appropriate.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court, Middle District of Florida, the undersigned has conferred with counsel for Plaintiff and is authorized to represent that Plaintiff does not oppose the entry of an order granting this motion.

Date: October 20, 2015.                    Respectfully submitted,

**PROSKAUER ROSE LLP**
*Counsel for Health Management Associates, Inc.*
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone:    (561) 241-7400
Facsimile:     (561) 241-7145

*/s/ Andrew Thomson*
Andrew B. Thomson
Florida Bar No. 057672
athomson@proskauer.com

-and-

Peter D. Doyle
(admitted *pro hac vice*)
11 Times Square
New York, NY 10036
Telephone: (212) 969-3000

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 20, 2015, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on the below counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**Thomas B. Garlick, Esq.**
**Shaun M. Garry, Esq.**
GARLICK, HILFIKER & SWIFT LLP
9115 Corsea del Fontana Way, Suite 100
Naples, Florida 34109
Telephone: (239) 597-7088
tomgarlick@garlaw.com
sgarry@garlaw.com
*Counsel for Plaintiff*

*/s/ Andrew Thomson*
Andrew B. Thomson
