UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. SCHOEN,

    Plaintiff,

v.                            Case No: 2:14-cv-411-FtM-29CM

HEALTH MANAGEMENT
ASSOCIATES, INC.,

    Defendant.

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (Doc. 51), filed on October 20, 2015. Defendant seeks an extension of two weeks, up to and including November 2, 2015, to respond to Plaintiff's Complaint. Doc. 51 at 1. As grounds, Defendant states that the parties mediated the case on October 13, 2015 and the parties are continuing to engage in settlement discussions. *Id.* In compliance with Local Rule 3.01(g), the motion states that Plaintiff does not oppose the extension. *Id.* at 2

This is the fourth motion seeking to extend the deadline for Defendant to respond to Plaintiff's Complaint. *See* Docs. 42, 44, 46, 51. Because the motion is unopposed, the Court will grant the requested two-week extension. While the Court appreciates the parties working together to resolve this matter, the Court will not be inclined to grant additional extensions beyond that provided by this Order absent extenuating circumstances.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (Doc. 51) is **GRANTED**. Defendant shall have up to and including **November 2, 2015** to respond to Plaintiff's Complaint.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of October, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record