**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
FORT MYERS DIVISION
CASE NO. 14-CV-00411-JES-CM

WILLIAM J. SCHOEN,

        Plaintiff,

vs.

HEALTH MANAGEMENT ASSOCIATES, INC.,

        Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff WILLIAM J. SCHOEN and Defendant HEALTH MANAGEMENT ASSOCIATES, INC. jointly file this notice to inform the Court that the parties have settled subject to formalization in a final settlement agreement. The parties jointly request 14 days to finalize their settlement agreement and file the appropriate documents with the Court.

Dated: November 2, 2015

Respectfully submitted,

**GARLICK, HILFIKER & SWIFT LLP**
*Counsel for Plaintiff*
9115 Corsea del Fontana Way, Suite 100
Naples, Florida 34109
Telephone: (239) 597-7088

*/s/ Shaun M. Garry*
Thomas B. Garlick, Esq.
Florida Bar No. 324760
tomgarlick@garlaw.com
Shaun M. Garry, Esq.
Florida Bar No. 093412
sgarry@garlaw.com

**PROSKAUER ROSE LLP**
*Counsel for Health Management Associates, Inc.*
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
Telephone: (561) 241-7400

*/s/ Andrew Thomson*
Andrew B. Thomson
Florida Bar No. 057672
athomson@proskauer.com
-and-
Peter D. Doyle
(admitted *pro hac vice*)
11 Times Square
New York, NY 10036
pdoyle@proskauer.com