In The United States District
Court for the Middle District
of Florida – Fort Myers Division

Case No. 2:14-cv-411

William J. Schoen,
Plaintiff,

vs.

Health Management Associates, Inc.,
Defendant.
_____/

## SECOND MEDIATOR'S REPORT

On October 13, 2015, the undersigned mediator reported the outcome of the mediation held on that date that no agreement had been reached.  Subsequently, the parties reengaged in the mediation process with the mediator by telephone.  As a result of that process, the parties have this day reached an agreement, subject to memorialization of the same in a formal written settlement agreement.

Done this 2nd day of November, 2015, in Fort Myers, Florida.

                                                   Nulman Mediation Services, Inc.
                                                   15880 Summerlin Rd.
                                                   Ste. 300 – PMB 146
                                                   Fort Myers, FL 33908
                                                   239.433.3539
                                                   239.433.0067 (fax)
                                                   jim@nulmanmediation.com

                                                   By: /s/ James L. Nulman_____
                                                   James L. Nulman, Mediator

Copies to:
All counsel of
record via CM/ECF