UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. SCHOEN,

    Plaintiff,

v.                                               Case No: 2:14-cv-411-FtM-29CM

HEALTH MANAGEMENT ASSOCIATES, INC., a Delaware corporation,

    Defendant.

_____

## ORDER

This matter comes before the Court on the parties' Joint Notice of Settlement (Doc. #53), filed on November 2, 2015. The parties indicate that they have reached a settlement in the case, and anticipate filing appropriate papers for dismissal upon finalization.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **FOURTEEN (14) DAYS** of the date hereof, to submit a stipulated form of final order or judgment, **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **FOURTEEN (14) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is

**directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

    **DONE and ORDERED** at Fort Myers, Florida, this __4th__ day of November, 2015.

                                                   */s/ John E. Steele*
                                          JOHN E. STEELE
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record