IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM J. SCHOEN,

        Plaintiff,

    v.

HEALTH MANAGEMENT
ASSOCIATES, INC.,

        Defendant.

Case No. 2:14-cv-411-JES-CM

**JOINT MOTION FOR EXTENSION OF TIME TO
FILE FINAL DISPOSITION DOCUMENTS WITH THE COURT**

Plaintiff WILLIAM J. SCHOEN and Defendant HEALTH MANAGEMENT ASSOCIATES, INC. (the "Parties") jointly file this motion to extend the time to file final disposition documents with the Court.

1. On November 2, 2015, the Parties filed a Joint Notice of Settlement, whereby the Parties informed the Court that the Parties settled subject to formalization in a final settlement agreement. Moreover, the Parties requested 14 days to finalize their settlement agreement and file the appropriate documents with the Court.

2. The Court entered an order on November 4, 2015, granting the request, dismissing the action without prejudice, and stating that the Parties had 14 days to file a stipulated final order or judgment, request an extension of time, or reopen the action upon good cause. If no extension were requested, the Court will deem the dismissal with prejudice and judgment would be entered.

3. The Parties have agreed to a final form of the settlement agreement and have

circulated same for final execution.  However, because of the November 18, 2015 deadline, the

Parties seek an extension to November 25, 2015 to file the final disposition documents.

Dated at Naples, Florida, on this 18th day of November, 2015.

/s/ Thomas B. Garlick
Thomas B. Garlick, Esq.
Florida Bar #324760
tomgarlick@garlaw.com
Trial Counsel

Shaun M. Garry, Esq.
Florida Bar #93412
sgarry@garlaw.com
Attorneys for Plaintiff,
WILLIAM J. SCHOEN
Garlick, Hilfiker, & Swift, LLP
9115 Corsea del Fontana Way,
Suite 100
Naples, Florida 34109
(239) 597-7088 – telephone
(239) 597-6984 - fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2015, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of

such filing to:

Andrew B. Thomson, Esq.
Proskauer Rose LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
athomson@proskauer.com

Peter D. Doyle, Esq.
Proskauer Rose LLP
11 Times Square
New York, New York 10036
pdoyle@proskauer.com

/s/ Thomas B. Garlick
Thomas B. Garlick, Esq.
Florida Bar #324760
tomgarlick@garlaw.com
Shaun M. Garry, Esq.
Florida Bar #93412
sgarry@garlaw.com
Attorneys for Plaintiff,
WILLIAM J. SCHOEN
Garlick, Hilfiker, & Swift, LLP
9115 Corsea del Fontana Way,
Suite 100
Naples, Florida 34109
(239) 597-7088 – telephone
(239) 597-6984 - fax