IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| WILLIAM J. SCHOEN,<br><br>      Plaintiff,<br><br>    v.<br><br>HEALTH MANAGEMENT ASSOCIATES, INC.,<br><br>      Defendant. | Case No. 2:14-cv-411-JES-CM |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, WILLIAM J. SCHOEN, and Defendant HEALTH MANAGEMENT ASSOCIATES, INC. (the "Parties") by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby **dismiss the above-captioned matter with prejudice**, including all claims, counterclaims and crossclaims, with each party to bear his or its own attorney's fees and costs.

Dated: November 25th, 2015                                   Respectfully submitted,

| | |
|---|---|
| **GARLICK, HILFIKER & SWIFT LLP**<br>*Counsel for Plaintiff*<br>9115 Corsea del Fontana Way, Suite 100<br>Naples, Florida 34109<br>Telephone: (239) 597-7088<br><br>*/s/ Shaun M. Garry*<br>Thomas B. Garlick, Esq.<br>Florida Bar No. 324760<br>tomgarlick@garlaw.com<br>Shaun M. Garry, Esq.<br>Florida Bar No. 093412<br>sgarry@garlaw.com | **PROSKAUER ROSE LLP**<br>*Counsel for Health Management Associates, Inc.*<br>2255 Glades Road, Suite 421 Atrium<br>Boca Raton, Florida 33431<br>Telephone: (561) 241-7400<br><br>*/s/ Andrew Thomson*<br>Andrew B. Thomson<br>Florida Bar No. 057672<br>athomson@proskauer.com<br>-and-<br>Peter D. Doyle<br>(admitted *pro hac vice*)<br>11 Times Square<br>New York, NY 10036 |

pdoyle@proskauer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to:

Andrew B. Thomson, Esq.
Proskauer Rose LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, Florida 33431
athomson@proskauer.com

Peter D. Doyle, Esq.
Proskauer Rose LLP
11 Times Square
New York, New York 10036
pdoyle@proskauer.com

/s/ Thomas B. Garlick
Thomas B. Garlick, Esq.
Florida Bar #324760
tomgarlick@garlaw.com
Shaun M. Garry, Esq.
Florida Bar #93412
sgarry@garlaw.com
Attorneys for Plaintiff,
WILLIAM J. SCHOEN
Garlick, Hilfiker, & Swift, LLP
9115 Corsea del Fontana Way,
Suite 100
Naples, Florida 34109
(239) 597-7088 – telephone
(239) 597-6984 - fax